# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Reynaldo Rodas Velasco

Petitioner,

v.

Ryan Shea, David Easterwood, Todd Lyons, Kristi Noem, and Pamela Bondi

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 0:26-cv-00956 KMM-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Jose R.V.'s Petition for a Writ of Habeas Corpus (Dkt. 1) is GRANTED.

2. The Court DECLARES that Jose R.V. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and ENJOINS Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court ORDERS Respondents to immediately release Jose R.V. in Minnesota, with all of his personal effects seized during his arrest, including but not limited to immigration paperwork, and without new conditions no later than 12:00 PM on February 5, 2026.

4. Further, the Court ORDERS Respondents file a notice on ECF by no later than 12:00 PM on February 6, 2026 certifying his release. If Jose R.V. has not been released by that time, then Respondents shall advise the Court about the reasons his release has not occurred, and the specific steps Respondents are undertaking to ensure his immediate release in Minnesota.

Date: 2/5/2026

KATE M. FOGARTY, CLERK